NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FACEBOOK, INC.,**
*Appellant*

**v.**

**WINDY CITY INNOVATIONS, LLC,**
*Cross-Appellant*

---

2018-1400, 2018-1401, 2018-1402, 2018-1403, 2018-1537, 2018-1540, 2018-1541

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01156, IPR2016-01157, IPR2016-01158, IPR2016-01159, IPR2017-00659, IPR2017-00709.

---

## O R D E R

---

Before PROST, *Chief Judge*, PLAGER and O'MALLEY, *Circuit Judges*.

PER CURIAM.

We issued our opinion and judgment in these cases on March 18, 2020. *See Facebook, Inc. v. Windy City*

*Innovations, LLC*, 953 F.3d 1313 (Fed. Cir. 2020). On April 20, 2020, Facebook, Inc. timely filed a combined petition for panel rehearing and rehearing en banc. *See* ECF 100. This petition is currently pending before the court.

On April 21, 2020, Facebook submitted a citation of supplemental authority pursuant to Federal Rule of Appellate Procedure 28(j) citing the Supreme Court's recent decision in *Thryv, Inc. v. Click-to-Call Technologies, LP*, No. 18-916, __ S.Ct. __, 2020 WL 1906544 (Apr. 20, 2020). The court now invites the parties, and the Director of the United States Patent and Trademark Office as an amicus curiae, to file supplemental briefs explaining their views regarding the effect, if any, of the Supreme Court's decision in *Thryv* on our decision in this case.

IT IS ORDERED THAT:

1) The parties' and the Director's invited supplemental briefs are due no later than 10 days from the date of this order and may not exceed 15 pages.

2) Additional amici curiae may seek leave of the court to submit briefs related to the effect of *Thryv* on our decision in this case. Each amicus brief and motion must be filed no later than 10 days from the date of this order, and the brief may not exceed 10 pages.

FOR THE COURT

April 30, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court